UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                        CASE NO.: 24-23097-SMG

KIJAFA TIAWATHA VICK,                                         Chapter 7

      Debtor.
_____/

## VERIFIED MOTION TO DISMISS AND/OR ABSTAIN AS TO INVOLUNTARY BANKRUPTCY FILED AGAINST KIJAFA VICK AND RELATED RELIEF

Kijafa Vick, pursuant to 11 USC 303, 11 USC 305 and all other applicable law files this her Motion to Dismiss and/or Abstain the Petition for Involuntary Chapter 7 Bankruptcy and Related Relief and states :

1. On December 16, 2024 the Petitioning creditors, Gerald Lee Craig, Kathleen Safreed, Eduardo Diego De Arkos and James Mattingly ("Petitioning Creditors") filed this Involuntary case. [D.E. 1].

2. As reflected within the Involuntary Petition, the Petitioning Creditors all relate to a single debt and judgment and are joint and several.

3. Kijafa Vick has over 12 creditors and is generally paying her debts as they become due. A true and correct list of the creditors (name and address) to whom Kijafa Vick is indebted and the amount of the indebtedness is attached hereto as Exhibit "A".

4. Furthermore, Kijafa Vick is generally paying her debts as they become due. The only indebtedness Kijafa Vick is not paying current is a debt for a loan taken out by her husband, Michael Vick, for which she co-signed. That debt is the Petitioning Creditors Judgment debt.

5. The filing of this involuntary case has been harmful to Kijafa Vick as her credit cards have been frozen, it causes embarrassment and she is unable to obtain other credit (among other reasons).

6. Further, the Petitioning Creditors have been negotiating with the Vick's prior to the filing of this involuntary bankruptcy and filed this case against Kijafa Vick even though they knew or should have known that she is generally paying her debts as they become due, that she has more than 12 creditors and that as to her this is a two party dispute not suitable for an involuntary bankruptcy.

## **MEMORANDUM OF LAW**

"The filing of an involuntary petition is an extreme remedy with serious consequences to the alleged debtor, such as loss of credit standing, inability to transfer assets and carry on business affairs, and public embarrassment." *In re Reid,* 773 F.2d 945, 946 (7th Cir.1985).

The danger of involuntary bankruptcy cannot be overlooked by the courts. An allegation of bankruptcy is a charge that ought not be made lightly. It usually chills the alleged debtor's credit and his source of supply. It can scare away customers. It leaves a permanent scar even if promptly dismissed. It is also obvious that the use of the bankruptcy court as a routine collection device would quickly paralyze this court.*In re Dino's, Inc.,* 183 B.R. 779, 783–84 (S.D.Ohio 1995).

7. The Involuntary Petition should be dismissed pursuant to 11 USC 303 (b) (1) as there are more than 12 creditors and the Petitioning Creditors constitute a single creditor arising out of a single loan wherein the creditors are joint and several. *In re Atwood*, 124 B.R. 402 (s.d. Ga. 1991);*In re Avril*, 33 B.R. 562 (S.D. Fla. 1983).

8. This involuntary case should also be dismissed pursuant to 11 USC 303 (h) on the grounds that Kijafa Vick is generally paying her debts as they become due. In fact, she has over

12 creditors, all of which are being paid on a timely basis except for the Petitioning Creditors judgment debt against her and her husband which was initially taken out bey her husband. The Petitioning creditors have the burden of proof in this regard.

9. Kijafa Vick's significnt mortgage debt is being paid current as well as other debts aside from the judgment of the Petitioning Creditors . The Petitioning Creditors debt is an anomaly as it was a loan taken out by her husband which she co-signed as an accommodation.

10. Finally, this case is alternatively ripe to be disposed of by Abstention pursuant to 11 U.S.C. 305( a) (1). The facts and circumstances do not merit an involuntary case against Kijafa Vick. This is a two-party dispute wherein collection efforts may proceed in the normal course in state court.

11. The interests of creditors of Kijafa Vick are better served by abstention.

12. Based on the foregoing, this case should be dismissed under 11 USC 303(i) and such other relief allowed upon dismissal under 303.

## RELATED RELIEF

13. Upon dismissal of this case Kijafa Vick seeks recovery of attorney's fees and costs as well as any proven damages proximately caused by this involuntary filing. 11 USC 303 (i).

14. Debtor further requests relief pursuant to 11 USC. 303 (2) prohibiting credit reporting agencies from making any consumer report  that contains any information relating to such petition or to the case commenced by the filing of such petition.

WHEREFORE, Movant Kijafa Vick, respectfully requests that this Court enter an Order granting her Motion to Dismiss or alternatively Abstain, award attorney's fees, costs and damages

and relief pursuant to 11 USC 303 (2) and such other and further relief this Court deems just and proper.

## VERIFICATION

The facts set forth in this Verified Motion to Dismiss and/or Abstain the Petition for Involuntary Chapter 7 Bankruptcy and Related Relief are true and correct.

By: ___*K.V.*___
KIJAFA TIAWATHA VICK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was/were served electronically via CM/ECF to ***all parties registered to receive electronic notice as filed*** and via U.S. Mail on 15th day of Janaury, 2025, as noted to all parties on the attached Service List:

Dated: January 15, 2025.

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
*Attorneys for Debtor*
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33316
Telephone:    (954) 523-0900
E-mail: tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

## SERVICE LIST

*Notice Service via CM/ECF electronic filing*

4

The following is the list of **parties** who are currently on the list to receive email notice/service via CM/ECF for this case:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

*Notice Service via U.S. First Class Mail:*
**(If not already served via CM/ECF)**

      **American Express National Bank c/o Zwicker & Associates, P.C.**
Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
P.O. Box 9043
Andover, MA 01810-1041

      **Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Eduardo De Arkos**
2444 Donna Maria Way
Santa Rosa, CA 95401

**Kathleen Safreed**
6732 Rivercrest Dr
Jacksonville, FL 32226

**Kijafa Tiawatha Vick**
17120 Magnolia Estates Dr
Southwest Ranches, FL 33331

*Notice Service via E-mail and U.S. Mail:*
      **Gerald Lee Graig**
187 Foxborough Pl
Burr Ridge, IL 60527
E-mail: geraldleecraig@gmail.com

                                       By: /s/ Thomas L. Abrams
                                            Thomas L. Abrams, Esquire

## Kijafa TiawathaVick
## EXHIBIT
## "A"

| | | |
|---|---|---|
| **Amex**<br>PO Box 981537<br>El Paso, TX 79998-1537 | Acct # 8713 | $ 52,537.00 |
| **Amex**<br>PO Box 981537<br>El Paso, TX 79998-1537 | Acct # 8593 | $ 4,250.00 |
| **Bank of America**<br>PO Box 982238<br>El Pasco, TX 79998-2238 | Acct # 6431 | $ 5,207.00 |
| **Capital One Auto Finance**<br>Attn: Bankruptcy Department<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Acct # 1001 | $ 34,050.00 |
| **Capital One**<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Acct # 3707 | $ 11,243.00 |
| **Eduardo Diego De Arkos**[1]<br>2444 Donna Maria Way<br>Santa Rosa, CA 95401 | Judgment | $ 509,652.42 |
| **Gerald Lee Graig**[2]<br>187 Foxborough Pl<br>Burr Ridge, IL 60527 | Judgment | $ 509,652.42 |
| **James Mattingly**[3]<br>3950 Juanita St<br>Cocoa, FL 32927 | Judgment | $ 509,652.42 |
| **Kathleen Safreed**[4]<br>6732 Rivercrest Dr<br>Jacksonville, FL 32226 | Judgment | $ 509,542.42 |

---

[1] Joint and Several Judgment
[2] Joint and Several Judgment
[3] Joint and Several Judgment
[4] Joint and Several Judgment

| | | |
|---|---|---|
| **Global Lending Services, LLC**<br>1200 Brookfield Blvd, Ste 300<br>Gainesville, SC 29607-6583 | Acct #6454 | $ 35,909.00 |
| **Hunt Ste Bank**<br>208 S US Highway 69<br>Huntington, TX 75949-9145 | Acct# 6290 | $ 1,620,303.00 |
| **Hunt Ste Bank**<br>208 S US Highway 69<br>Huntington, TX 75949-9145 | Acct# 6464 | $ 941,905.00 |
| **Wells Fargo Dealer Services**<br>PO Box 71092<br>Charlotte, NC 28272-1092 | Acct# 6118 | $36,414.00 |
| **Wells Fargo Bank NA**<br>PO Box 393<br>Minneapolis, MN 55480-0393 | Acct# 8156 | $ 13,185.00 |
| **Baptist health Medical Group**<br>P.O. Box 744829<br>Atlanta, GA 30374 | | $ 120.09 |
| **Cleveland Clinic**<br>P.O. Box 93766<br>Cleveland, OH 44101 | | $583.16 |